MARCELIN CARRIEU, Respondent, *v.* OIL HEATING CORPORATION OF NEW JERSEY, Appellant.

(Argued April 26, 1933; decided May 23, 1933.)

*Fred Flatow* and *Seymour Joseph* for appellant.

*Victor Deutsch* and *Morris Gogolick* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.